# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **KROY IP HOLDINGS, LLC** <br><br> **Plaintiff,** <br> v. <br><br> **STARBUCKS CORPORATION,** <br><br> **Defendant.** | Civil Action No. 2:13-cv-936 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF KROY IP HOLDINGS, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff Kroy IP Holdings, LLC ("Kroy") is a Delaware limited liability company. Kroy has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: November 4, 2013            Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:     (469) 587-9776
Facsimile:     (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEYS FOR PLAINTIFF**
**KROY IP HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin Hansley*
Austin Hansley